UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 23-146** |
| **ULYSSES MERCADEL** | **SECTION "A" (5)** |

**NOTICE OF REARRAIGNMENT**

Take notice that this criminal case is set for Rearraignment on **December 5, 2023, at 10:30 a.m.**, before Judge Jay C. Zainey, 500 Poydras Street, Courtroom C-467, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.
PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

| | |
|---|---|
| **Date: November 15, 2023** | **CAROL L. MICHEL, CLERK**<br>**By: Jennifer S. Limjuco, Deputy Clerk** |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

| | |
|---|---|
| **ULYSSES MERCADEL (custody)**<br>  Celia Clary Rhoads, FPD Counsel<br>  celia_rhoads@fd.org | AUSA: Nicholas Rayburn |
| | U.S. Marshal |
| | U.S. Probation Office |
| | U.S. Pretrial Services Unit |
| | JUDGE |
| | MAGISTRATE JUDGE |
| | INTERPRETER – N/A |
| **If you change address,<br>notify clerk of court<br>by phone, (504) 589-7687** | Chad Cockerham, Task Force Officer, FBI<br>    neworleans@ic.fbi.gov |